IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NASIR SHARPE,<br><br>*Defendant.* | CRIMINAL ACTION<br>NO. 23-368 |

## ORDER

**AND NOW**, this 11th day of December 2023, upon consideration of Defendant's Motion to Dismiss Count 1 of the Indictment, (ECF 11), and the Government's Response, (ECF 13), the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.